UNITED STATES of America,
Plaintiff—Appellee,

v.

Jose Antonio GARCIA–GRACIAN,
Defendant—Appellant.

No. 08–50458.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted July 14, 2009.*

Filed July 21, 2009.

Caroline Han, Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

Arza Feldman, Steven Alan Feldman, Feldman & Feldman, Uniondale, NY, for Defendant-Appellant.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Jose Antonio Garcia-Gracian appeals from the 63-month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm but remand to correct the judgment.

Garcia-Gracian contends that the district court erred when it failed to grant him a downward departure, pursuant to U.S.S.G. § 5K2.0, based on pre-indictment delay. He also contends that his sentence is unreasonable. We review both contentions for reasonableness. *See United States v. Dallman*, 533 F.3d 755, 760-61 (9th Cir.2008); *United States v. Carty*, 520 F.3d 984, 993 (9th Cir.2008) (en banc). The district court did not procedurally err and the sentence is not substantively unreasonable. *See Carty*, 520 F.3d at 991-93.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

In accordance with *United States v. Rivera-Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b).

**AFFIRMED; REMANDED to correct the judgment.**